

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2013

No. 04-12-00813-CR

Tracy Devon **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5633
The Honorable Angus McGinty, Judge Presiding

## ORDER

The appellant's brief was originally due to be filed on June 24, 2013. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to July 24, 2013. On July 25, 2013, the appellant filed a second motion for extension of time, requesting an additional extension of time to file the brief until August 23, 2013, for a total extension of sixty days. The motion was granted, and the order stated, "**FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED.**" On August 23, 2013, appellant filed a third motion for extension of time, requesting an additional extension of time to file the brief until September 23, 2013, for a total extension of ninety days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED.** The appellant's brief must be filed by September 23, 2013, or this appeal will be abated to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court